# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| McCAFFREE FINANCIAL CORP. and MARK McCAFFREE, individually, on behalf of all situated participants, beneficiaries, and plan sponsors or other fiduciaries, and on behalf of the ADP TOTALSOURCE RETIREMENT SAVINGS PLAN,<br><br>    Plaintiff,<br><br>  v.<br><br>ADP, INC.; ADP TOTALSOURCE GROUP, INC.; the ADMINISTRATIVE COMMITTEE OF THE ADP TOTALSOURCE RETIREMENT SAVINGS PLAN; 401K ADVISORS, INC. n/k/a NFP RETIREMENT, and DOES No. 1-10, Whose Names Are Currently Unknown,<br><br>    Defendants. | Civil Action No.: 2:20-cv-05492-ES-MAH<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br><br>**Document Electronically Filed** |

**TO:  SHEPHERD, FINKELMAN,**
   **MILLER & SHAW, LLP**
   James C. Shah
   2 Hudon Place, Suite 100
   Hoboken, NJ 07030
   T: (866) 540-5505
   F: (866) 300-7367
   jshah@millershah.com

James E. Miller
Laurie Rubinow
65 Main Street
Chester, CT 06412
T: ((866) 540-5505
F: (866) 300-7367
jemiller@millershah.com
lrubinow@millershah.com

Kolin C. Tang
19712 MacArthur Blvd.
Irvine, CA 92612
T: (866) 540-5505
F: (866) 300-7367
ktang@millershah.com

Bruce D. Parke
Alec Berin
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
T: (866) 540-5505
F: (866) 300-7367
bparke@millershah.com
aberin@millershah.com

**EDGAR LAW FIRM LLC**
John F. Edgar
2600 Grand Blvd., Ste. 400
Kansas City, MO 64108
Newark, New Jersey 07105
T: (816) 531-0033
F: (816) 531-3322
jfe@edgarlawfirm.com

**COUNSEL:**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Their Motion to Dismiss Plaintiffs' Amended Complaint and Proposed Order, the undersigned attorneys for Defendants ADP, Inc., ADP TotalSource Group, Inc., and the Administrative Committee of the ADP TotalSource Retirement Savings Plan ("Defendants"), shall move this Court, pursuant to Federal Rule Civil Procedure 12(b)(6), at a time to be determined by the Court, before the Honorable Esther Salas, at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order dismissing Plaintiffs' claims against Defendants and for such other relief the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

| | |
|---|---|
| Dated: June 6, 2022 | SEYFARTH SHAW LLP |
| | |
| | By: */s/ Alnisa S. Bell* |
| | Alnisa S. Bell |
| | Victoria M. Vitarelli |
| | 620 Eighth Avenue |
| | New York, New York 10018 |
| | Tel: (212) 218-5500 |
| | Fax: (212) 218-5526 |
| | abell@seyfarth.com |
| | vvitarelli@seyfarth.com |
| | |
| | Ian H. Morrison (admitted *pro hac vice*) |
| | Ada W. Dolph (admitted *pro hac vice*) |
| | Sam Schwartz-Fenwick (admitted *pro hac vice*) |
| | 233 S. Wacker Drive, Suite 8000 |
| | Chicago, IL 60606-6448 |
| | imorrison@seyfarth.com |
| | adolph@seyfarth.com |
| | sschwartz-fenwick@seyfarth.com |
| | |
| | *Attorney for Defendants ADP, Inc., ADP Totalsource Group, Inc., the Administrative Committee of the ADP Totalsource Retirement Savings Plan* |

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she electronically filed the foregoing Motion to Dismiss Plaintiffs' Amended Complaint with supporting papers, with the Clerk of the United States District Court for the District of New Jersey using the CM/ECF system on this 6th day of June, 2022, which sent notification of such filing to the following counsel of record:

>Alec Berin, Esq.
>Miller Shah LLP
>1845 Walnut Street, Suite 806
>Philadelphia, PA 19103
>Email: ajberin@millershah.com

>James C. Shah,  Esq.
>Miller Shah LLP
>2 Hudson Place, Suite 100
>Hoboken, NJ 07030
>Email: jcshah@millershah.com

Dated: June 6, 2022

>/s/ Alnisa S. Bell
>Alnisa S. Bell

83700858v.7