# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| McCAFFREE FINANCIAL CORP. and MARK McCAFFREE, individually, on behalf of all situated participants, beneficiaries, and plan sponsors or other fiduciaries, and on behalf of the ADP TOTALSOURCE RETIREMENT SAVINGS PLAN,<br><br>            Plaintiff,<br><br>    v.<br><br>ADP, INC.; ADP TOTALSOURCE GROUP, INC.; the ADMINISTRATIVE COMMITTEE OF THE ADP TOTALSOURCE RETIREMENT SAVINGS PLAN; 401K ADVISORS, INC. n/k/a NFP RETIREMENT,<br>and DOES No. 1-10, Whose Names Are Currently Unknown,<br><br>            Defendants. | Civil Action No.: 2:20-cv-05492-ES-MAH<br><br><br>**[PROPOSED] ORDER**<br><br><br>**Document Electronically Filed** |

**THIS MATTER** having been brought before the Court upon the motion of

Seyfarth Shaw LLP, attorneys for Defendants ADP, Inc., ADP TotalSource Group,

Inc., and the Administrative Committee of the ADP TotalSource Retirement

Savings Plan ("Defendants"), for an Order dismissing Plaintiffs' claims; and the

Court having considered the supporting papers, opposition and reply papers, if any,

and argument, if any; and the Court having determined that based upon the same, and for good cause shown;

**IT IS** on this _____ day of _____ 2022:

**ORDERED** that Plaintiffs' claims against the Defendants are hereby dismissed;

**IT IS FURTHER ORDERED** that Plaintiff is denied any further leave to amend the Complaint; and

**IT IS FURTHER ORDERED** that a copy of this Order shall be served on all parties within seven (7) days of the date of this Order.

BY THE COURT,

_____
Hon. Esther Salas
United States District Judge

Dated: June 6, 2022

SEYFARTH SHAW LLP

By: */s/ Alnisa S. Bell*
    Alnisa S. Bell
    Victoria M. Vitarelli
    620 Eighth Avenue
    New York, New York 10018
    Tel: (212) 218-5500
    Fax: (212) 218-5526
    abell@seyfarth.com
    vvitarelli@seyfarth.com

    Ian H. Morrison (admitted *pro hac vice*)
    Ada W. Dolph (admitted *pro hac vice*)
    Sam Schwartz-Fenwick (admitted *pro hac vice*)
    233 S. Wacker Drive, Suite 8000
    Chicago, IL 60606-6448
    imorrison@seyfarth.com
    adolph@seyfarth.com
    sschwartz-fenwick@seyfarth.com

    *Attorney for Defendants ADP, Inc., ADP Totalsource Group, Inc., the Administrative Committee of the ADP Totalsource Retirement Savings Plan*

3